*ADRIEN* (signature)

# 2015 CLUB/PERFORMER CONTRACT

Sign this Contract ONLY if you genuinely agree with its terms. Read and consider it, seek the advice of counsel or a person you trust to assist you. BEFORE SIGNING, CONSIDER OWNER'S SEPARATE OFFER OF EMPLOYMENT.

OWNER, DÉJÀ VU SHOWGIRLS OF TAMPA, LC operates a business authorized under zoning and licensing laws to permit nude or semi-nude entertainment on its premises, and

PERFORMER ("Performer") is in the business of and holds required licenses or permits to market her adult oriented entertainment, and requires a venue which lawfully permits such entertainment, and

THE PARTIES desire to establish the terms of a mutually beneficial business relationship including the allocations of revenue from such entertainment; THEREFORE, the Parties agree as follows:

I. TERM  This Contract begins on signing and ends JANUARY 31, 2016 or when terminated as provided herein.

II. DEFINITIONS

A. "Personal Dances" are non-stage dances performed individually and sold to a patron for a set Dance Fee.
B. "Dance Fees" are the non-gratuitous cost or price for Private Dances. These fees are MANDATORY CHARGES to the patrons as the price for Personal Dances. They are NOT tips or gratuities.
C. "Gross Revenue" is the total Dance Fees collected for Personal Dances performed by Performer. Gross Revenue does not include Tips or Gratuities.
D. Tips"/"Gratuities" are the amounts over and above the Dance Fee, voluntarily given by a patron and handed directly to Performer, and are the exclusive property of Performer.
E. "Scheduled Performance Date" is a date on which Performer has chosen to place herself on the schedule at least one week in advance.
F. "Performance Date" refers to a continuous period of time when Performer is present in the club ready to perform, which consists of up to ___ hours.
G. "Good Standing" means a Performer who is not in breach of her contract and whose contract is not inactive because she has completed at least one Full Performance Date in the current month.
H. Material Breach of Contract by Performer means maintaining all licenses and permits required by law; violating the law including laws on drugs, alcohol, soliciting or engaging in prostitution; failing to use her best efforts to sell private dances, and failing to appear on a Performance Date she chose to schedule.  Material Breach of Contract by Owner includes failure to maintain appropriate venue licenses and permits, failure to advertise in a mutually beneficial manner, and failure to pay performer her contractual Allocation of Gross Revenues.

III. ALLOCATION OF GROSS REVENUE:

1. STANDARD ALLOCATION: Owner shall retain the first $150 in Gross Revenues. Thereafter, for each $20.00 dance sold by Performer, Owner will retain $5.00 and Performer will retain $15.00.

2. INCREASED ALLOCATION: For a Performer who is not in breach of contract and who is NOT ON THE SCHEDULE, Owner shall retain the first $120.00 in Gross Revenues. Thereafter for each $20.00 dance sold by Performer, Owner will retain $5.00 and Performer will retain $15.00.

3. PREMIUM ALLOCATION: For a Performer who is not in breach of her contract, is in Good Standing, and is ON THE SCHEDULE, Owner shall retain the first $60.00 in Gross Revenues. Thereafter, for each $20.00 dance sold by Performer, Owner will retain $5.00 and Performer will retain $15.00.

*The parties may negotiate to reduce the amount it retains from Gross Revenue based on business, scheduling and promotional needs.*

IV. PERFORMER'S OBLIGATIONS

1. Market Services: Performer shall use her skills, artistic talents and her best efforts to market and sell nude or semi nude performances as permitted by law.

2. Tips /gratuities: Performer shall own all tips handed directly to her by patrons. *Performer is NOT required share her tips with any club employee. Performer should report to Owner if any one demands a portion of her tips.*

3. Permits: Performer agrees to maintain all licenses and permits required by laws governing her entertainment services and to know and comply with all related laws and regulations.

4. Appear on Stage and in Promotions: Performer agrees to appear on stage on a rotational basis and to participate in promotions held on site during her Performance Date. If Performer chooses to perform in off-site promotions, the Parties will negotiate such performances separately.

5. Scheduling: Performer is free to perform if and when she chooses. If Performer chooses to be on the schedule, she shall select and notify management in writing of that schedule on week in advance. NOTE: If Performer chooses not to schedule her performances, she may "walk in" to perform, but her right to perform

1

EXHIBIT "E"

is subject to availability and a reduced percentage of Gross Revenues.

6. Respect Property, Law and Safety: Performer agrees not to damage Owner's property and to comply with safety and legal requirements, including applicable laws on drugs, alcohol and soliciting or engaging in prostitution.

7. No assignment: This Contract is for Performer's personal skills and artistic talents. She may not assign her rights or obligations, but she may supply a qualified substitute (an experienced entertainer with a valid contract and permits).

8. Non-Exclusive: Performer's obligations under this contract are non-exclusive; PERFORMER IS FREE TO PERFORM AT OTHER BUSINESSES.

9. Control of Performances, Costumes & Music: Performer has the right, to select available music for her stage shows, and choose the patrons for whom she performs. She has the right to choose her costumes, provided they are consistent with the law and industry standards for professional entertainers performing in upscale entertainment venues. Performer also has exclusive control over the character, manner and means of her performances, so long as no law is violated, and the end product (nude or semi-nude entertainment and sale of private dances) is accomplished.

10. Intellectual Property: Performer shall retain all intellectual property rights to her performances, stage names and likeness unless assigned in writing.

11. Nature of Business: Performer may be subjected to nudity, sexually explicit language and depictions of explicit conduct. Performer represents that she does not find such sights or sounds offensive.

## V. OWNER'S OBLIGATIONS

1. Premises/Licenses: Owner shall maintain the premises and all applicable licenses and permits.

2. Advertising and Music Copyright Fees. Owner shall pay any music copyright fees, and shall advertise and host promotions in a commercially reasonable manner for the mutual benefit of the parties Performer may advertise her individual performance dates at her own expense

3. Dance Records: Owner will keep an accurate record of Gross Revenue attributable to Performer.

4. Fees for Personal Dances: Owner will announce the price for Personal Dances so patrons have notice of the Fees and that they are allocated between the parties.

5. Time of Allocation: Owner will allocate the Gross Revenue at the end of each performance date and Performer will be provided a receipt.

6. Income Tax Records: Performer acknowledges she is required by law to pay taxes on all income generated by her.

7. Privacy Rights: Owner will not disclose Performer's personal information to any third party without written permission, unless required by law. Owner will notify Performer upon receipt of any request for information or documents concerning Performer unless prohibited by law.

## VI. OTHER CONTRACT TERMS

1. No Employment Relationship: THE PARTIES DISAVOW AN EMPLOYEE RELATIONSHIP.

(a) PERFORMER ACKNOWLEDGES THAT SHE HAS BEEN PROVIDED WITH A WRITTEN STATEMENT CONCERNING HER RIGHTS IF SHE WERE AN EMPLOYEE AS OPPOSED TO A CONTRACTOR;

(b) PERFORMER REPRESENTS THAT SHE CONSIDERED AND REFUSED AN OPTION TO BE AN EMPLOYEE AND CHOOSES TO EARN INCOME UNDER CONTRACT IN LIEU OF WAGES;

(c) PERFORMER ACKNOWLEDGES AND AGREES THAT AS A CONTRACTOR, OWNER WILL NOT REIMBURSE BUSINESS EXPENSES OR PROVIDE ANY EMPLOYEE-RELATED BENEFITS, SUCH AS WAGES, MEAL AND BREAK PERIODS, WORKERS COMPENSATION, UNEMPLOYMENT, PAID LEAVES OR DISABILITY BENEFITS;

(d) PERFORMER AGREES THAT IF THE PARTIES' RELATIONSHIP IS LATER DEEMED TO BE, OR IF SHE REPUDIATES HER CONTRACT AND ASSERTS THAT SHE IS OR SHOULD BE, AN EMPLOYEE, THEN OWNER SHALL CONVERT PERFORMER TO AN EMPLOYEE, AND RETAIN 100% OF GROSS REVENUES AND PAY PERFORMER THE LEGAL MINIMUM WAGE AND ALL OTHER BENEFITS REQUIRED BY LAW. NOTE: The law allows for tip credits under Sec. 3(m) of the Fair Labor Standards Act, whereby you may be paid a tip-credited wage of $5.03 per hour so long as along with your retained tips you earn the applicable minimum wage, and if not, the Owner must make up the difference.

2. Unjust Enrichment: Performer acknowledges that if she is later deemed to be an employee entitled to wage and hour benefits during any period under this Contract, it would be unjust for her to retain *both* the monies she collected under this contract *and* be paid wage benefits for the same period. Performer therefore agrees that all payments which she received under the terms of this Contract shall be offset or credited against any wage and hour claim.

3. Material Breach/Notice: In the event of a Material

2

Breach as defined in Paragraph II.H above, the non-breaching party may terminate this Contract on 3 days written notice, but in the case of drug, alcohol, fighting or bullying, or allegations of violation of the law, by 24 hours notice.

4. Inactive or Voluntary Termination by Notice: This contract shall be terminated as "inactive" if Performer has not appeared to perform on at least 1 performance date during each 30 day period the contract is in force. Either party may voluntarily terminate this Contract on 30 days written notice.

5. Severability: Any unenforceable portion of this Contract, to the extent possible, shall be severable from this Contract and not affect the enforceability of the remainder.

6. BINDING ARBITRATION: ALL DISPUTES ARISING AT ANY TIME BETWEEN THE PARTIES, WHETHER STATUTORY, CONTRACTUAL OR TORT, SHALL BE DECIDED BY BINDING ARBITRATION HELD PURSUANT TO THE FEDERAL ARBITRATION ACT, AND SHALL BE BEFORE A NEUTRAL ARBITRATOR AGREED UPON BY THE PARTIES. THE PARTIES WAIVE ANY RIGHT TO LITIGATE SUCH DISPUTES IN A COURT OF LAW, AND WAIVE THE RIGHT TO TRIAL BY JURY. EITHER PARTY MAY DEMAND AN EXPERT IN THE ADULT INDUSTRY. SUBJECT ONLY TO THE PROVISIONS IN THIS PARAGRAPH AND IN PARAGRAPH VI (7), THE ARBITRATOR SHALL BE PERMITTED TO AWARD ANY RELIEF AVAILABLE IN A COURT. THE COSTS OF ARBITRATION SHALL BE BORNE EQUALLY BY PERFORMER AND OWNER UNLESS THE ARBITRATOR CONCLUDES THAT A DIFFERENT ALLOCATION IS REQUIRED BY LAW. THE ARBITRATOR SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTES OVER THE INTERPRETATION, VALIDITY AND/OR ENFORCEABILITY OF ANY PART OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISIONS IN THIS PARAGRAPH VI(6). ANY AWARD MAY BE ENTERED AS A JUDGMENT IN ANY COURT HAVING JURISDICTION. AN ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT PRESIDE OVER ANY FORM OF REPRESENTATIVE, CLASS, OR COLLECTIVE PROCEEDING. NOTE: SOME AGENCY CLAIMS MAY NOT BE SUBJECT TO ARBITRATION SHOULD EITHER PARTY CHALLENGE, OR BE REQUIRED TO INITIATE PROCEEDINGS TO ENFORCE, THE ARBITRATION REQUIREMENTS OF THIS PARAGRAPH VI(6). THE PREVAILING PARTY TO SUCH CHALLENGE/ENFORCEMENT PROCEEDING SHALL BE ENTITLED TO AN AWARD OF ALL COSTS, INCLUDING REASONABLE ATTORNEY FEES, INCURRED IN LITIGATING SUCH ISSUES. THIS PARAGRAPH SHALL SURVIVE TERMINATION, EXPIRATION, OR CANCELLATION OF THIS CONTRACT. THE PROVISIONS OF THIS PARAGRAPH SUPERCEDE ANY PRIOR ARBITRATION AGREEMENT.

7. WAIVER OF CLASS AND COLLECTIVE PROCEEDINGS. PERFORMER AGREES THAT ANY CLAIM SHE MAY MAKE AGAINST OWNER SHALL BE IN HER INDIVIDUAL CAPACITY AND NOT AS A CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION; SHE AGREES NOT TO CONSOLIDATE ANY CLAIM SHE MAY HAVE AGAINST OWNER WITH THE CLAIMS OF OTHERS. OWNER SHALL BE ENTITLED TO FEES AND COSTS FOR ENFORCING THIS TERM. THIS PARAGRAPH SHALL SURVIVE TERMINATION, EXPIRATION, OR CANCELLATION OF THIS CONTRACT.

8. LEGAL AGE: THIS CONTRACT IS VOID IF PERFORMER IS NOT AT LEAST AGE 18. PERFORMER HAS PROVIDED VALID IDENTIFICATION VERIFYING HER AGE.

---

Owner: DÉJÀ VU SHOWGIRLS OF TAMPA, LC
6805 Adamo Drive
Tampa, Florida 33619

Manager/Assistant Manager
_____
Signature

Desin Velns
Print Name

DATED: 2/19/15

Est1.26.15

I AGREE TO THESE TERMS

Leslie Volk
PRINT: Performer's Legal Name

_____
Signature

Stage name Adrien
Address 1008 Mpetio Beach
City South Beach Zip 33572
Social Security # 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
License/Permit # _____

DATED: 2-19-2015

NOTICE TO ENTERTAINERS
OFFER OF EMPLOYEE STATUS
STATEMENT OF IMPACT OF CHOICE OF CONTRACTOR STATUS

Entertainers have historically performed at this club as independent contractors who control if, when, where, how and for whom they perform. However, *if you wish to become an "EMPLOYEE" of this club, you may apply to do so.* The employee-entertainer arrangement is very different than a club-contractor arrangement. Please review this guideline which contains information concerning dancers as employees instead of independent contractors:

Statement of Impact of choice between employee vs. contractor status. Read this to understand your rights about being an employee or contractor. First, the club has important controls over *employees* which it does not have over *independent contractors*, including regarding scheduling, customers, costumes, music, dance sales, stage performances, and job assignments, among other things. On the other hand, an *employee* is entitled to important federal and state benefits and regulations to which a *contractor* is not entitled. This includes, among other things, workers' compensation, unemployment insurance, state leave and disability protections, minimum wage and overtime protections, meal and break periods, and more. Also, as an employee, the Club would take tax deductions from your payroll check and would be obligated to pay payroll taxes, including for social security, on your behalf. It would not be obligated to do if you chose to be a *contractor*. To review employee rights, or to seek advice, visit the web sites for the Federal Department of Labor at www.DOL.gov.

With that background in mind, you should review the guideline below which will describe the basics of the arrangement if you chose to become an employee.

(1)  The job classification of employee-entertainer includes selling and performing private dance services, and as needed, you will be required to fill in for other job positions including waitress, bartender, door person or other positions in the club;
(2)  As an employee-dancer, you will be provided an employee hire package;
(3)  As an employee, you will be placed on the Club's payroll and any current dancer contract will be terminated;
(4)  You will receive any employee benefits required by law;
(5)  In accordance with § 203(m) of the Fair Labor Standards Act and applicable state law, you will be paid the legally permitted "tip-credited" wage (currently $5.03 per hour), and a premium as required by law for any overtime hours. Your wages would then be increased by the amount of tip income you earned, up to the allowable tip credit (currently $3.02 per hour), which could not exceed the amount of tips you actually and ultimately receive. If, in a workweek, you did not earn at least the full minimum wage (currently $8.05 per hour) through wages and retained tips, the Club would pay you the difference. These "tip credit" provisions would not apply unless you were informed of them; this document serving as such notice.
(6)  Federal and state tax withholdings will be made from all wages, tips and any bonuses you are paid;
(7)  The Club will collect and own 100% of all dance fees from patrons and pay you as provided in paragraphs (5) and (6) above;
(8)  You will be expected to sell $200.00 per shift in dance sales (quota) and a failure to do so could result in termination;
(9)  You may be entitled to bonuses after six full months of employment
(10) You will be paid by check on a bi-weekly basis, with all required tax withholdings;
(11) You will be entitled to retain all "tips" or gratuities given to you (the amounts given to you by patrons while you are on stage, and amounts voluntarily given and handed directly to you by patrons which are over and above the posted Dance Fee);
(12) You will be required to report to the club all tips you receive to management, as required by federal tip reporting rules;
(13) You will be required to perform in promotions, on stage, and fill in for other dancers or employees (for example, fill in for waitresses);
(14) The Club will assign your days and hours of work for up to five shifts per week;
(15) You will be required to arrive at work consistent with your scheduled time and to clock in and out, including for all meals;
(16) The club will issue you one logo costume per month, at its own expense, which will be your required uniform;
(17) You will be an "at will" employee, which means like all other club employees, you can be terminated with or without cause;
(18) Nude and semi-nude entertainment is performed at this club; you must affirm a willingness to perform nude and semi-nude entertainment, you must affirm that you are not offended by being or viewing others who are nude or semi-nude; that you fully understand that you will be performing nude or semi-nude and that you fully understand that you may be exposed to sexual comment.

THIS GUDELINE DESCRIBING THE EMPLOYEE ENTERTAINER ARRANGEMENT IS NOT AN EMPLOYMENT CONTRACT. IT IS A MERE GUIDELINE AND IS SUBJECT TO CHANGE. MANAGEMENT RESERVES ALL ITS RIGHTS TO DIRECT AND CONTROL EMPLOYEES AS PERMITTED BY LAW.

PLEASE NOTIFY THE MANAGER IMMEDIATELY IF YOU WOULD LIKE TO APPLY TO BECOME AN "EMPLOYEE ENTERTAINER". IF YOU DO NOT WISH TO BECOME AN "EMPLOYEE" YOU MAY CHOOSE TO PERFORM AT THE CLUB PURSUANT TO CONTRACT.

IMPORTANT NOTE: THE CLUB'S MANAGERS HAVE NO OPINION ON THIS MATTER, AND THEY WILL NOT ENCOURAGE OR DISCOURAGE YOUR DECISION. IT IS YOUR FREE CHOICE. YOU MAY WISH TO CONSULT YOUR ATTORNEY OR ACCOUNTANT PRIOR TO MAKING YOUR DECISION. YOU MAY ALSO SEEK ADVICE FROM THE FEDERAL DEPARTMENT OF LABOR AT www.DOL.gov.

STATE BELOW WHETHER YOU WISH TO BE AN EMPLOYEE OR CONTRACT ENTERTAINER – CHOOSE ONE OR THE OTHER.

I have read this Notice and understand that I may apply to perform as an employee. As an employee, I would be governed by Paragraphs (1)-(18) above. Please provide me with the employee application forms.

I CHOOSE EMPLOYEE STATUS: _____

_____
Entertainer's Signature

DATE: _____

I have read this Notice and DECLINE employee status.

I CHOOSE CONTRACT STATUS:

_Yasmi Vuch_ (signature)
Entertainer's Signature

DATE: __2-19-2015__

MANAGER SIGNATURE _____ MANAGER NAME PRINTED _Dur Heb_ CORPORATE NAME _Dex U Tampa_
1.28.15